UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID J. HOWE, | ) ) ) ) | Civil Action No. 12-cv-11428-WGY |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| U.S. BANK NATIONAL ASSOCIATION AND LEGAL TRUSTEE FOR LVS TITLE TRUST I, | ) ) ) ) ) | |
| Defendant, | ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Now comes Mark W. Bartolomei, Esq., Attorney for Plaintiff, David J. Howe, in the above-entitled matter and respectfully moves this Honorable Court, pursuant to Rule 83.5.2(c), to permit counsel to withdraw as Attorney for said Plaintiff.

In support hereof, Counsel states the following:

1. Counsel is the lead counsel in the above referenced case. The case was closed by order of the court dated September 28, 2012.

2. There have been various pleadings filed by Plaintiff's counsel and Defendant's counsel since the case was closed.

3. The last pleading filed by counsel was dated November 1, 2012. The court denied the relief requested by counsel on November 7, 2012.

4. Plaintiff notified counsel shortly after November 7, 2012 that his services were no longer required by Plaintiff. Plaintiff contacted Defendant after he terminated counsel's services and began having contact directly with Defendant.

5. Counsel has not previously filed a Notice of Withdrawal as the present case was closed and he did not believe that any action was required on his part.

6. Plaintiff contacted counsel on or about January 16, 2013 and notified him that he had hired a third party to represent the interests of Howe Development in the present matter. He then requested that counsel accept service on various pleadings from the third party.

7. Counsel notified Plaintiff that he would only accept service on pleadings if he were rehired by Plaintiff to represent him moving forward.

8. Plaintiff failed to provide a response to counsel for approximately seven days and then notified counsel that he would not rehire counsel to represent him in the present matter.

WHEREFORE, for the reasons set forth herein, Counsel requests that this Honorable Court enter an Order:

1. Permitting Counsel to withdraw as Attorney for said Plaintiff; and,

2. Granting such other and further relief as it deems just and proper.

Respectfully submitted.

Dated: January 30, 2013

/s/ Mark W. Bartolomei
Mark W. Bartolomei, Esquire
51 Union Street, Suite G10
Worcester, MA 01608
BBO#561024

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

DAVID J. HOWE,
    Plaintiff,

v.

U.S. BANK NATIONAL
ASSOCIATION AND LEGAL
TRUSTEE FOR LVS TITLE
TRUST I,
    Defendant,

Civil Action No. 12-cv-11428-WGY

## ORDER OF THE COURT RE
## MOTION TO WITHDRAW AS COUNSEL

After hearing and consideration of Motion to Withdraw as Counsel, pursuant to Rule 83.5.2(c), it is hereby ordered that said Attorney be permitted to withdraw immediately and that all Materials in connection with this matter still in the possession of said Attorney be forthwith turned over to Plaintiff or to successor counsel.

Date:

_____
U.S. District Judge

CERTIFICATE OF SERVICE

I, Mark W. Bartolomei, hereby certify that the within document, filed through the ECF System, will be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and via electronic mail and to the following on January 30, 2013:

David J. Howe
12 Stuart Street
Sudbury, MA 01776

/s/ Mark W. Bartolomei
Mark W. Bartolomei, Esq.