UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DAVID J. HOWE,                              )
    Plaintiff/Counterclaim Defendant,       )       Civil Action No. 12-cv-11428-WGY
                                            )
v.                                          )
                                            )
U.S. BANK NATIONAL ASSOCIATION              )
AND LEGAL TITLE TRUSTEE FOR                 )
LVS TITLE TRUST I,                          )
    Defendant/Counterclaim Plaintiff,      )
                                            )
v.                                          )
                                            )
HOWE DEVELOPMENT, LLC,                      )
    Intervenor.                             )
_____)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel, that the above-entitled matter be dismissed, with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| /s/ David J. Howe | U.S. Bank National Association and Legal |
| David J. Howe, *pro se* | Title Trustee for LVS Title Trust I, |
| 12 Stuart Street | By its attorneys, |
| Sudbury, MA 01776 | |
| P: (978) 808-1945 | /s/ Reneau J. Longoria |
| | DOONAN, GRAVES & LONGORIA LLC |
| Howe Development, LLC | Reneau J. Longoria, Esq. (BBO# 635118) |
| By its Attorney, | John A. Doonan, Esq. (BBO# 547838) |
| | Stephen M. Valente, Esq. (BBO# 663118) |
| /s/ Michael Day | 100 Cummings Center, Suite 225D |
| Torres, Scammon & Day, LLP | Beverly, MA  01915 |
| Michael Day (BBO#656247) | Tel: (978) 921-2670 |
| 35 India Street | rjl@dgandl.com |
| Boston, MA  02110 | |
| T: (617) 307-4426 | |
| mday@tsdlegal.com | DATED: April 1, 2013 |

1

**Certificate of Service**

    I hereby certify that on this 1st day of April a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and via electronic mail upon the Plaintiff/Counterclaim Defendant.

/s/ Michael S. Day<br>Michael S. Day